UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOHN F. RICHARDS )
    PLAINTIFF, )
     )
VS. ) CIVIL ACTION NO.
     )
MASSACHUSETTS DEPARTMENT OF, )
CORRECTIONS; )
    ET;AL, DEFENDANTS, )

### PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR INJUNCTIVE RELIEF.

NOW COMES THE PLAINTIFF, JOHN F. RICHARDS IN THE ABOVE ENTITLED ACTION AND PRAYS THAT THE COURT GRANT HIM THIS MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR INJUNCTIVE RELIEF. IN SUPPORT OF THIS MOTION YOUR PLAINTIFF STATES THAT HE IS IN NEED OF SOME IMEDIATE MEDICAL HELP, HE IS IN FEAR OF THE DEFENDANTS AND THEIR STAFF WHO HAVE GONE OUT OF THEIR WAY TO FURTHER INJUR THE PLAINTIFF. THE PLAINTIFF FEELS THAT HIS HEALTH IS DETERIORATING TO THE POINT WHERE IT MAY BECOME A LIFE THREATENING SITUATION IF THIS COURT FAILS TO INTERVENE ON THE PLAINTIFF'S BEHALF AND ORDER MEDICAL TREATMENT FOR THE PLAINTIFF AND RESTRAIN THE DEFENDANTS AND THEIR STAFF FROM FURTHER RETALIATING AGAINST THE PLAINTIFF FOR TRYING TO EXCERCISE, HIS RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES.

    **WHEREFORE:** YOUR PLAINTIFF PRAYS THAT THIS HONORABLE COURT GRANTS HIM THIS MOTION AND RESTRAINS THE DEFENDANTS AND THEIR STAFF.

RESPECTFULLY SUBMITTED,

DATED: 2/9/04

JOHN F. RICHARDS PRO-SE,