UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

John F. Richards )
    Plaintiff, )
)
vs. )
)
) Civil Action No.
)
Massachusetts Department of, )
Corrections; )
    et;al, Defendants, )

## Plaintiff's Motion For Appointment Of Council.

Now comes the Plaintiff, John F. Richards in the above-entitled matter and moves that this Honorable Court appoint Council to represent him in the above Action.

The Plaintiff states that he is indigent and cannot financially afford to retain council to help represent him in this Action, Further, the Plaintiff states that Council is needed to assist him in adequately presenting his claims, as he is ill, not knowledgeable about the law and legal matters, has in recent times been hindered by the Defendants from pursuing his matters before the Courts and excercising his rights under the Constitution of the United States by way of denying the Plaintiff adequate access to the Inmate Law-Library, and by impeeding the Plaintiff's Mail, as well as access to photocopies and unpeeded access to the Courts, and as the Plaintiff is a former Mentally Ill Inmate who has been committed to the Bridgewater State Hospital for several years of his current incarceration, as well as several other previous committments to other facilities including long care treatment in a Veterans Hospital.

(1).

**Wherefore,** The Plaintiff Prays that Council be appointed to represent him and guide him in the above-entitled matter.

Respectfully Submitted,

*John F. Richards pro-se*
John F. Richards pro-se,
C-49993/C-1 #22B.
MCI-Shirley (Medium).
P.O.Box-#1218/Harvard Road.
Shirley, Massachusetts
01464.

Dated: 2/9/04 .

(2).