UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (BOSTON)

CIVIL ACTION, CASE-#04-cv-10291-RWZ.

John F. Richards             )
      Plaintiff,             )
                          )

V.                          )
                          )

Mass.Dept.of Corrections;          )
UMass.Correctional,               )
Medical Services;                 )    Plaintiff's Motion for
Kathleen Dennehy, Commissioner;   )    Order for Defendants to
Carol Mici, Superintendent;        )
Massachusetts Board of Registration, )    Provide the Plaintiff
(In Medicine);                    )       with funds and
M.L. Angeles, Medical Doctor;      )    Meaningful Access to
Lhalid Mohamed, Medical Doctor;    )
DR. Childs, Medical Doctor;        )     Courts, Library and
Asma Ahmed, Nurse Practitioner;     )    Supplies.
Jane Doe, Physical Therapist;      )
      et;al, (Defendants),         )

Now comes John F. Richards, the pro-se Plaintiff in the
above-entitled matter and prays that this Honorable Court grants
him an Order and Orders the Defendants to provide the Plaintiff
with meaningful and unimpeded access to the courts, adequate
library time, supplies, and assistance from persons who are
trained in the law, and to provide the Plaintiff with whatever
funds from his account that are necessary to file his papers
and other Legal Documents with the court. Also to Order all of
the Defendants and their staff to stop impeding the Plaintiff's
access to the courts by way of the library and supplies. The
Plaintiff has a right under both the Fifth and Fourteenth
Amendments to the US Constitution to be protected in his quest
to obtain access to the courts and to redress his issues within
the courts without being harrassed, slowed down, or retaliated

(1).

against for any reason by any of the Defendants named herein or any members of their staff.

**Wherefore:** The Plaintiff prays that this Honorable Court grants him this Motion and that the Defendants are Ordered to cease their behavior towards the Plaintiff, Ordered to allow the Plaintiff unimpeded access to both the Library, and the Court, and to allow the plaintiff the funds for both supplies and legal cost and fees, and to advise the Defendants and their staff against further retaliating aginst the Plaintiff for exercising his Constitutionally protected rights.

Respectfully Submitted,

John F. Richards pro-se,

(2).