March 09, 2004.

Susan Jenness
Pro-se, Intake clerk
US. District Court
John Joseph Moakley US.Courthouse
1 Courthouse Way., Suite -#2300.
Boston, Massachusetts
                    02210.


   Re: 04-cv-10291-RWZ, John F. Richards-(Plaintiff), vs.Mass. Dept.of Corrections et;al, (Defendants).


   Susan Jenness,
           I am sending you this letter as I am in need of some assistance from the Court. Today I went to the Inmate library for copies and some exhibit tags to prepair for my upcoming civil action. I was denied these copies by the librarian and am stuck here with nothing as a result. This has been going on for quite awhile now and is just more retaliation by the staff here for me trying to exercise my rights under the constitution to redress my grievances within the courts.
   This right to adequate law library materials and access to the courts are covered under the 5th and fourteenth amendments to the Constitution. I have awhole file of grievances regarding the library access and the librarian. The court needs to step in here and let these people know that this is unacceptable and against my rights to access to the courts and adequate library assistance.
   This is just being done in retaliation for past and present complaints and someone (the court) needs to put an end to it. I would like to thank you for all of your time and attention in this matter and I hope to hear back from the court as soon as it is possible.

                         Respectfully Submitted,

                         _____
                         John F. Richards pro-se,
cc: File;                C-49993/C-1 #22b.
                         MCI-Shirley (Medium).
                         P.O.Box-1218/Harvard Road.
                         Shirley,Mass        01464.