# United States District Court

_(BOSTON)_ DISTRICT OF __MASSACHUSETTS__

John F. Richards
    Plaintiff,

V.

Mass.Dept.of Corrections
et;al, Defendants,

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 04-cv-10291-RWZ.

---

I, ~~John F. Richards~~ , declare that I am the (check appropriate box)

☑ ~~petitioner~~/plaintiff ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Prisoner Civil Rights action for failure to provide adequate medical treatment, Cruel and Unusual Punishment, Willful neglect and infliction of physical and emotional pain.

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes ☐   No ☑
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

Been incarcerated since 1984.

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment   Yes ☐   No ☑
    b. Rent payments, interest or dividends?   Yes ☐   No ☑
    c. Pensions, annuities or life insurance payments?   Yes ☐   No ☑
    d. Gifts or inheritances?   Yes ☐   No ☑
    e. Any other sources?   Yes ☑   No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I received $50.00 from my family as a gift at Christmas time.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   Inmate savings account.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☑
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/11/04
                (Date)

*(signature)* pro-se,
Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____
_____
_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____   _____<br>United States Judge   Date | _____   _____<br>United States Judge   Date<br>or Magistrate |

# United States District Court

____(BOSTON)____ DISTRICT OF __MASSACHUSETTS__

| | |
|---|---|
| John F. Richards<br><br>Plaintiff<br><br>V.<br>Mass.Dept.of Corrections<br>et;al, Defendant's | APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br><br>CASE NUMBER: 04-cv-10291-RWZ. |

I, __John F. Richards__ _____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   ☑ Yes    ☐ No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __MCI-Shirley Medium/Shirley,Massachusetts__

    Are you employed at the institution? __NO__    Do you receive any payment from the institution? __NO__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    Yes ☐   No ☑
    b. Rent payments, interest or dividends             Yes ☐   No ☑
    c. Pensions, annuities or life insurance payments  Yes ☐   No ☑
    d. Disability or workers compensation payments     Yes ☐   No ☑
    e. Gifts or inheritances                           Yes ☐   No ☑
    f. Any other sources                               Yes ☑   No ☐

    If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.

    $50.00 Gift at Christmas time. No other income expected.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040315 09:40

| Commit#: | C49993 | | | | MCI SHIRLEY (MEDIUM) | Page: 1 |
| Name: | RICHARDS, JOHN,, | | | | Statement From 20030915 | |
| Inst: | MCI SHIRLEY (MEDIUM) | | | | To 20040315 | |
| Block: | C-1 | | | | | |
| Cell/Bed: | 22 /22B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period: | $970.47 | $967.89 | $2,502.65 | $915.32 |
| 20030923 22:31 | CN - Canteen | 1718567 | | SHI | ~Canteen Date: 20030923 | $0.00 | $2.38 | $0.00 | $0.00 |
| 20031008 16:59 | IS - Interest | 1786612 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031008 16:59 | IS - Interest | 1786613 | | SHI | | $0.00 | $0.00 | $1.95 | $0.00 |
| 20031010 10:56 | AT - Account Transfer | 1809103 | | SHI | ~LEGAL FEES~C49993 RICHARDS,JOHN PERSONAL | $100.00 | $0.00 | $0.00 | $100.00 |
| 20031010 10:57 | EX - External Disbursement | 1809114 | 42201 | SHI | ~LEGAL FEES~CLERK, MIDDLESEX COUNTY | $0.00 | $100.00 | $0.00 | $0.00 |
| 20031010 11:02 | AT - Account Transfer | 1809187 | | SHI | ~CANTEEN/COSMETICS~C49993 RICHARDS,JOHN PERSONAL | $50.00 | $0.00 | $0.00 | $50.00 |
| 20031021 22:30 | CN - Canteen | 1846437 | | SHI | ~Canteen Date: 20031021 | $0.00 | $48.22 | $0.00 | $0.00 |
| 20031022 09:27 | AT - Account Transfer | 1848618 | | SHI | ~APPLIANCES~C49993 RICHARDS,JOHN PERSONAL | $35.84 | $0.00 | $0.00 | $35.84 |
| 20031022 09:28 | IC - Transfer from Inmate to Club A/c | 1848621 | | SHI | ~APPLIANCES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20031028 22:30 | CN - Canteen | 1877175 | | SHI | ~Canteen Date: 20031028 | $0.00 | $1.71 | $0.00 | $0.00 |
| 20031103 13:21 | IC - Transfer from Inmate to Club A/c | 1897261 | | SHI | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031103 13:21 | AT - Account Transfer | 1897258 | | SHI | ~HAIRCUT~C49993 RICHARDS,JOHN PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20031104 13:59 | IC - Transfer from Inmate to Club A/c | 1902127 | | SHI | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $210.04 | $0.00 | $0.00 |
| 20031104 13:59 | AT - Account Transfer | 1902126 | | SHI | ~CLOTHING~C49993 RICHARDS,JOHN PERSONAL | $210.04 | $0.00 | $0.00 | $210.04 |
| 20031107 16:28 | IS - Interest | 1931577 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031107 16:28 | IS - Interest | 1931578 | | SHI | | $0.00 | $0.00 | $1.92 | $0.00 |
| 20031121 09:31 | AT - Account Transfer | 1995878 | | SHI | ~CANTEEN/COSMETICS~C49993 RICHARDS,JOHN PERSONAL | $50.00 | $0.00 | $0.00 | $50.00 |
| 20031125 22:31 | CN - Canteen | 2010652 | | SHI | ~Canteen Date: 20031122 | $0.00 | $0.21 | $0.00 | $0.00 |
| 20031209 13:42 | IS - Interest | 2067697 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031209 13:42 | IS - Interest | 2067698 | | SHI | | $0.00 | $0.00 | $1.55 | $0.00 |
| 20031209 22:30 | CN - Canteen | 2077906 | | SHI | ~Canteen Date: 20031209 | $0.00 | $30.56 | $0.00 | $0.00 |
| 20031216 22:30 | CN - Canteen | 2108306 | | SHI | ~Canteen Date: 20031216 | $0.00 | $19.11 | $0.00 | $0.00 |
| 20031217 10:05 | ML - Mail | 2110399 | | SHI | ~SOUTH SHORE# 297435~MURPHY, JEREMIAH,, | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031222 22:31 | CN - Canteen | 2139354 | | SHI | ~Canteen Date: 20031222 | $0.00 | $43.24 | $0.00 | $0.00 |
| 20031230 22:30 | CN - Canteen | 2172062 | | SHI | ~Canteen Date: 20031230 | $0.00 | $3.23 | $0.00 | $0.00 |
| 20040106 22:30 | CN - Canteen | 2200392 | | SHI | ~Canteen Date: 20040106 | $0.00 | $3.79 | $0.00 | $0.00 |
| 20040113 12:06 | IS - Interest | 2235070 | | SHI | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040113 12:06 | IS - Interest | 2235071 | | SHI | | $0.00 | $0.00 | $1.54 | $0.00 |
| 20040115 12:16 | AT - Account Transfer | 2259351 | | SHI | ~CANTEEN/COSMETICS~C49993 RICHARDS,JOHN PERSONAL | $50.00 | $0.00 | $0.00 | $50.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040315 09:40

| Commit#: | C49993 | | MCI SHIRLEY (MEDIUM) | Page: 2 |
| --- | --- | --- | --- | --- |
| Name: | RICHARDS, JOHN, , | | Statement From 20030915 | |
| Inst: | MCI SHIRLEY (MEDIUM) | | To 20040315 | |
| Block: | C-1 | | | |
| Cell/Bed: | 22 /22B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20040115 15:13 | IC - Transfer from Inmate to Club A/c | 2259669 | | SHI | ~OPTOMETRIST 12/10/03~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040120 22:30 | CN - Canteen | 2273579 | | SHI | ~Canteen Date : 20040120 | $0.00 | $47.16 | $0.00 | $0.00 |
| 20040210 11:41 | IS - Interest | 2364575 | | SHI | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040210 11:41 | IS - Interest | 2364576 | | SHI | | $0.00 | $0.00 | $1.46 | $0.00 |
| 20040227 07:09 | IC - Transfer from Inmate to Club A/c | 2448889 | | SHI | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $62.92 | $0.00 | $0.00 |
| 20040227 07:09 | AT - Account Transfer | 2448888 | | SHI | ~FOR CLOTHING ORDER~C49993 RICHARDS,JOHN PERSONAL | $62.92 | $0.00 | $0.00 | $62.92 |
| 20040303 09:56 | AT - Account Transfer | 2462646 | | SHI | ~CANTEEN/COSMETICS~C49993 RICHARDS,JOHN PERSONAL | $50.00 | $0.00 | $0.00 | $50.00 |
| 20040309 14:53 | IS - Interest | 2495900 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495901 | | SHI | | $0.00 | $0.00 | $1.39 | $0.00 |
| 20040309 22:30 | CN - Canteen | 2506473 | | SHI | ~Canteen Date : 20040309 | $0.00 | $44.84 | $0.00 | $0.00 |
| 20040310 10:25 | EX - External Disbursement | 2508526 | 43800 | SHI | ~COURT FEES - CIVIL# 04-CV-10291-RWZ~U.S DISTRICT COURT | $0.00 | $150.00 | $0.00 | $0.00 |
| 20040310 10:25 | AT - Account Transfer | 2508524 | | SHI | ~US DISTRICT COURT FEES~C49993 RICHARDS,JOHN PERSONAL | $150.00 | $0.00 | $0.00 | $150.00 |
| | | | | | | $810.38 | $807.75 | $9.8 | $760.30 |

| | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date: | $5.21 | $836.84 |

Current Balances:

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $5.21 | $836.84 | $0.00 | $0.00 | $0.00 | $0.00 |