March 11, 2004.

Susan Jenness
pro-se, Intake Clerk
US. District Courthouse
1 Courthouse Way., Suite-2300.
Boston, Massachusetts
                02210.

Re: John F. Richards-(Plaintiff), V. Massachusetts Department
    of Corrections et;al, Defendants, Case No.04-cv-10291-RWZ.

Dear Clerk,
    Enclosed for filing with the Court are a new set of Documents to be brought before the Court. I received the last order from the Court and I have filled out all of the necessary paperwork and forwarded it to the office of the United States Marshal for service. It also stated in this order that I had 42 days in which I could re-file my Application to proceed in forma pauperis, supporting documentation and order, and my application to proceed without prepayment of fees and affidavit.

    These new forms are enclosed and hopefully filled out by the institutional treasurer as I had forwarded them to her to be processed. I also already sent her a money slip and a request to pay the $150.00 filing fee and I hope that you have received that already.

    Thank you as always for your time and consideration in this matter, and please advise me of any action taken by the court.

                                Respectfully Submitted,

                                John F. Richards pro-se,
                                C-49993/C-1 #22B.
                                MCI-Shirley Medium.
                                P.O.Box-#1218/Harvard Road.
                                Shirley, Massachusetts
                                                01464.

March 14, 2004.

To: Insitutional Treasurer
   (Shirley Medium).

Fr: John F. Richards C-49993/C-1 #22B.

Re: Financial Papers for Court.

   Treasurer,
            Enclosed are two (2) Financial forms which have to filled out by you. I had sent them to you but received them back on Saturday. I just need these 2 forms filled out and mailed to the US District Court in the envelope provided as soon as it is possible for you to fill them out.
   There is a time limit on this so the sooner they are sent out the better. I was also looking for a money transfer I had sent to you by way of the CPO in my unit Deborah Coalter. This money was to be sent from my savings account. These papers are probably on Carol Mici's desk waiting to be signed. For now I just need to get these 2 forms in the mail to the court so that the Judge in my case can see what I have in my accounts.
   Once again thank you for all of your time and attention in this matter and please let me know if and when these forms are on the way to the court.

                                        Respectfully Submitted,

                                        *[signature]*
                                        John F. Richards
                                        C-49993/C-1 #22B.