UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__JOHN F. RICHARDS__    ,
          Plaintiff,

      v.                          Civil Action No. 04-10291-RWZ

__MASS. DEPT. OF CORRECTION__ ,
          Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
      The application is denied as moot. Plaintiff paid the filing fee on March 17, 2004.

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

  __3/23/04__                                            __s/ Rya W. Zobel__
DATE                                            UNITED STATES DISTRICT JUDGE