# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

### NOTICE OF APPEARANCE

Without waiving the right of any defendant to personal service of process as required by Fed.R.Civ.P. 4(c), and Fed.R.Civ.P. 4(d)(1), the undersigned counsel hereby enters her appearance on behalf of the following defendants: Massachusetts Department of Correction, Kathleen Dennehy and Carol Micci.

Dated: March 29, 2004

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 3/29/04

_____
Jody T. Adams, Counsel