UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAR 30 P 12: 51

DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

### DEFENDANTS' MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Defendants Massachusetts Department of Correction, Kathleen Dennehy and Carol Mici hereby request that this Court exempt them from the requirements of Local Rule 7.1(A)(2) relative to all Motions filed with the Court in this case. Any attempt to confer with the plaintiff, who is a *pro se* prisoner, would be unduly burdensome.

Defendants, therefore, respectfully request that this Honorable Court exempt them from the requirements of Local Rule 7.1(A)(2).

Respectfully Submitted,

NANCY A. WHITE
Special Assistant Attorney General

Dated: March __, 2004

Jody T. Adams, BBO#633795
Legal Division
Department of Correction
70 Franklin Street
Boston, MA 02110-1300
(617) 727-3300, ext. 169

## CERTIFICATE OF SERVICE

I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

Date: 3/29/04

_____
Jody T. Adams, Counsel