UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

### DEFENDANTS DEPARTMENT OF CORRECTION, DENNEHY AND MICI'S MOTION TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING

Counsel for defendants Massachusetts Department of Correction, Kathleen Dennedy and Carol Mici, hereby moves for an enlargement of time in which to file a response to plaintiff's Complaint up to and including April 30, 2004.

As grounds therefore, counsel for the aforesaid defendants states that she was just recently assigned this case. Due to an ever increasing caseload and numerous other competing demands on her time, the requested extension is needed so that counsel for defendants can investigate plaintiff's allegations and prepare an informed responsive pleading in compliance with the civil rules.

Dated: March __, 2004

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600

Boston, MA 02110-1300
(617) 727-3300 x169

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 3/29/04

_____
Jody T. Adams, Counsel