UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

CIVIL ACTION
NO. 04-cv-10291-RWZ

## DEFENDANTS DEPARTMENT OF CORRECTION, DENNEHY AND MICI'S MOTION TO ENLARGE TIME TO OPPOSE PLAINTIFF'S "MOTION FOR DEFENDANTS TO PROVIDE PLAINTIFF WITH FUNDS AND MEANINFUL ACCESS TO COURTS LIBRARY AND SUPPLIES"

Counsel for defendants Massachusetts Department of Correction, Kathleen Dennedy and Carol Mici, hereby moves for an enlargement of time in which to file a response to plaintiff's "Motion for Order for Defendants to Provide the Plaintiff with Funds and Meaningful Access to Courts, Library and Supplies" up to and including April 16, 2004.

As grounds therefore, counsel for the aforesaid defendants states that she was just recently assigned this case. Due to an ever increasing caseload and numerous other competing demands on her time, the requested extension is needed so that counsel for defendants can investigate plaintiff's allegations and prepare an informed responsive pleading in compliance with the civil rules.

In addition, plaintiff filed this Motion <u>before</u> defendants were served with the Complaint, and it does not include a Certificate of Service, which suggests that defendants were not served with the Motion. Accordingly, defendants respectfully request additional

time to respond to the Motion, up to and including April 16, 2004.

Dated: March 30, 2004                     Respectfully submitted,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General

                                          /s/ Jody T. Adams
                                          Jody T. Adams, Counsel
                                          BBO No. 633795
                                          Department of Correction
                                          Legal Division
                                          70 Franklin Street, Suite 600
                                          Boston, MA 02110-1300
                                          (617) 727-3300 x169

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 3/30/04                            /s/ Jody T. Adams
                                          Jody T. Adams, Counsel