UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. RICHARDS,<br>    Plaintiff<br><br>VS.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; UMASS CORRECTIONAL MEDICAL SERVICES; KATHLEEN DENNEHY, COMMISSIONER; CAROL MICI, ACTING SUPERINTENDENT; MASSACHUSETTS BOARD OF REGISTRATION (IN MEDICINE); M.L. ANGELES, MEDICAL DOCTOR; KHALID MOHAMED, MEDICAL DOCTOR; DR. CHILDS, MEDICAL DOCTOR; ASMA AHMED, NURSE PRACTITIONER; and JANE DOE NO. 1, PHYSICAL THERAPIST,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-10291-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel of record for the **defendant, UMass Correctional Health Program**, in the above-entitled civil action.

                                          The Defendant,
                                          UMASS CORRECTIONAL
                                          HEALTH PROGRAM
                                          By its attorneys,

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the _____ day of _____, 2004.

                                          MORRISON, MAHONEY & MILLER, LLP

                                          */s/ Charles M. Urso*

_____
Charles M. Urso

                                          _____
                                          Charles M. Urso, BBO #647748
                                          250 Summer Street
                                          Boston, MA 02210
                                          (617) 439-7500