UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. RICHARDS,<br>Plaintiff<br><br>VS.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; UMASS CORRECTIONAL MEDICAL SERVICES; KATHLEEN DENNEHY, COMMISSIONER; CAROL MICI, ACTING SUPERINTENDENT; MASSACHUSETTS BOARD OF REGISTRATION (IN MEDICINE); M.L. ANGELES, MEDICAL DOCTOR; KHALID MOHAMED, MEDICAL DOCTOR; DR. CHILDS, MEDICAL DOCTOR; ASMA AHMED, NURSE PRACTITIONER; and JANE DOE NO. 1, PHYSICAL THERAPIST,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-CV-10291-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER OF DEFENDANT, UMASS CORRECTIONAL HEALTH PROGRAM, TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendant states that it is misnamed in the plaintiff's Complaint.

### THIRD DEFENSE

The defendant responds to the allegations contained in the plaintiff's Complaint, paragraph by paragraph, as follows:

1. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

2. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

3. This defendant is misnamed in this paragraph of the plaintiff's Complaint. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

4. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

5. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

6. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

7. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

8. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

9. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

10. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

11. The defendant makes no response to this paragraph of the plaintiff's Complaint as this paragraph does not pertain to this defendant.

12. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

13. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

14. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

15. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

16. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

17. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

18. To the extent the allegations in this paragraph of the plaintiff's Complaint are intended to apply to this defendant, they are denied.

19. The defendant denies that the plaintiff is entitled to the relief he seeks.

20. The defendant denies that the plaintiff is entitled to the relief he seeks.

21. The defendant denies that the plaintiff is entitled to the relief he seeks.

22. The defendant denies that the plaintiff is entitled to the relief he seeks.

## FOURTH DEFENSE

The defendant denies that the plaintiff is entitled to any of the relief requested in his Complaint.

## FIFTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct this defendant was not and is not legally responsible.

## SIXTH DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

## SEVENTH DEFENSE

By way of affirmative defense, the defendant says that the action should be dismissed because of lack of jurisdiction over the defendant.

## EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, is estopped to recover any judgment against the defendant.

## NINTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, has waived any and all rights he may have had against the defendant, and, therefore, the plaintiff cannot recover in this action.

## TENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff consented to the defendant's alleged conduct, acts and statements and, therefore, the plaintiff cannot recover.

## ELEVENTH DEFENSE

By way of affirmative defense, the defendant says that it is protected from liability by a qualified immunity for any of the matters raised in the plaintiff's Complaint.

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the 5th day of April, 2004.

_____
Bruce R. Henry

The Defendant,
UMASS CORRECTIONAL
HEALTH PROGRAM
By its attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Bruce R. Henry, BBO #230880
Charles M. Urso, BBO #647748
250 Summer Street
Boston, MA 02210
(617) 439-7500

1076105v1

4

# MORRISON, MAHONEY & MILLER, LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

Bruce R. Henry
Phone: 617-439-7538
Fax: 617-342-4851
bhenry@mail.mm-m.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

ENGLAND
LONDON

April 5, 2004

Civil Clerk
United States District Court
One Courthouse Way
Boston, MA 02210

Re: John F. Richards
Vs. Massachusetts Department of Correction, et al.
Civil Action No. 04-CV-10291-RWZ
Our File No. 10014107

Dear Sir/Madam:

Enclosed please find the following:

1. Answer of Defendant, UMass Correctional Health Program, to Plaintiff's Complaint; and

2. Jury Claim.

Kindly docket and file.

Very truly yours,

Bruce R. Henry

BRH/anl

Enclosures

cc: Mr. John F. Richards
Jody T. Adams, Esq.

1076117v1