U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John F. Richards | 04-10291-RWZ |
| DEFENDANT | TYPE OF PROCESS |
| UMass.Correctional Medical Services et;al, | 550 Prisoner/Civil Rights |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Legal Counsel-UMass.Correctional Health program

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1 Research Drive.,Suite-#120C. Westborough,Massachusetts 01581.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John F. Richards
C-#49993/C-1 #22B.
MCI-Shirley (Medium).
P.O.Box-1218/Harvard Road.
Shirley,Massachusetts 01464

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The address above is all the information I have regarding this company and how they can be reached.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: NONE
DATE: 3/11/04.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Talavera | 3/15/04 |

I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Valerie MaCleod   Receptionist

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 4/1/04    Time: 12:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

(BOSTON)   District of   MASSACHUSETTS

John F. Richards
    Plaintiff,

V.

UMass,
Correctional Medical Serv.
  et;al,Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10291 RWZ

TO: (Name and address of Defendant)

UMass.Correctional Health Program
1 Research Drive.,Suite-#120C.
Westborough, Massachusetts
          01581.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Richards pro-se,
C-#49993/C-1 #22B.
MCI-Shirley (Medium).
P.O.Box-1218/Harvard Road.
Shirley, Massachusetts
          01464.

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____   DATE  3-8-04

(By) DEPUTY CLERK

UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210

TONY ANASTAS
CLERK OF COURT

TELEPHONE: 617-748-9152

DATE: 3/-P·07

IN RE: John F. Richards

CIVIL ACTION NO. 04-10291RWZ

## NOTICE TO PLAINTIFF

Upon receipt of the enclosed forms, you are required to complete the necessary forms and furnish the United States Marshal with the following:

( ✓ ) one copy of the original complaint for service on each named defendant;

( ✓ ) one original summons for each named defendant;

( ) one copy of each original summons for service on each named defendant;

( ✓ ) one copy of USM-285 (Process Receipt and Return) for service on each named defendant;

( ✓ ) one copy of the application to proceed without prepayment of fees and the order approving the application for service on each named defendant.

Upon completion of each package of the above forms, please forward them to the

Office of the United States Marshal
United States Courthouse
Civil Section - Room 1500
1 Courthouse Way
Boston, Massachusetts 02210

(Notice - Service by USM.wpd - 12/98)