**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John F. Richards | 04-10291-RWZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Carol Mici et;al, | 550 Prisoner/Civil Rights |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Carol Mici

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

P.O. Box-1218/Harvard Road Shirley, Massachusetts 01464.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

John F. Richards
C-#49993/C-1 #22B.
MCI-Shirley (Medium).
P.O. Box-1218/Harvard Road.
Shirley, Massachusetts 01464

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All ...

...assachusetts
...should be served at
...n the town of Shirley

TELEPHONE NUMBER: NONE
DATE: 3/11/04.

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk: [signature]   Date: 3/15/0X

---

**Certified Mail Receipt / Return Receipt:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SUPERINTENDENT'S OFFICE
MCI-SHIRLEY (MEDIUM)
CAROL MICI, ACTING SUPERVISOR
PO BOX 1218/ HARVARD ROAD
SHIRLEY, MA 01464

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 3/20/04
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0004 3542 6603

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

---

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here

Sent To:
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, January 2001   See Reverse for Instructions

---

...d as shown in "Remarks", the process described ...oration, etc., shown at the address inserted below.
...med above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am / pm |

Signature of U.S. Marshal or Deputy

| Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__(BOSTON)__   District of   MASSACHUSETTS

John F. Richards
    Plaintiff,

V.

Carol Mici
et;al, Defendants,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10291 RWZ

TO: (Name and address of Defendant)

Carol Mici, Acting Superintendent
MCI-Shirley (Medium).
P.O.Box-#1218/Harvard Road.
Shirley, Massachusetts
        01464.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John F. Richards pro-se,
C-#49993/C-1 #22B.
MCI-Shirley (Medium).
P.O.Box-1218/Harvard Road.
Shirley, Massachusetts
        01464.

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  3-8-04