UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. RICHARDS,<br>    Plaintiff<br><br>VS.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; UMASS CORRECTIONAL MEDICAL SERVICES; KATHLEEN DENNEHY, COMMISSIONER; CAROL MICI, ACTING SUPERINTENDENT; MASSACHUSETTS BOARD OF REGISTRATION (IN MEDICINE); M.L. ANGELES, MEDICAL DOCTOR; KHALID MOHAMED, MEDICAL DOCTOR; DR. CHILDS, MEDICAL DOCTOR; ASMA AHMED, NURSE PRACTITIONER; and JANE DOE NO. 1, PHYSICAL THERAPIST,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-CV-10291-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, UMASS
CORRECTIONAL HEALTH PROGRAM'S
CERTIFICATION PURSUANT TO 16.1(D)(3)**

      Pursuant to this Court's Order, the undersigned hereby certify that they have conferred regarding the following:

    (a)    With a view to establishing a budget for the costs of conducting the full course – and various – alternative courses of the litigation; and

    (b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

931632v1

Respectfully submitted,

The Defendant,
*UMASS CORRECTIONAL HEALTH PROGRAM*

By its attorneys,

MORRISON, MAHONEY & MILLER, LLP


/s/  *Charles M. Urso*
_____
Bruce R. Henry, B.B.O. No. 230880
Charles M. Urso, B.B.O. No. 647748
250 Summer Street
Boston, MA 02210
(617) 439-7500



/s/  *Timothy Slowick*
_____
Timothy Slowick
*Authorized Representative*
Director, Claims Management
UMass Memorial Health Care
291 Lincoln Street, Suite 102
Worcester, MA  01605

931632v1