UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

### DEFENDANT DEPARTMENT OF CORRECTION, KATHLEEN DENNEHY AND CAROL MICI'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR INJUNCTIVE RELIEF

Defendants Massachusetts Department of Correction, Kathleen Dennehy and Carol Mici, for the reasons set forth in the memorandum of law accompanying defendants' Motion to Dismiss and/or Motion for Summary Judgment, hereby oppose Plaintiff's Motion for a Temporary Restraining Order and Injunctive Relief.

Dated: April 20, 2004

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

## CERTIFICATE OF SERVICE

    I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 4/30/04

_____
Jody T. Adams, Counsel