UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

## DEFENDANT DEPARTMENT OF CORRECTION, DENNEHY AND MICI'S MOTION TO STAY ALL FURTHER PROCEEDINGS PENDING THE OUTCOME OF DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Defendants Department of Correction, Kathleen Dennehy, and Carol Mici, through counsel, hereby request that this Court stay all further proceedings pending the outcome of said defendants' Motion to Dismiss and/or Motion for Summary Judgment, filed with this Court on or about April 30, 2004.

As grounds therefore, counsel for said defendants states that proceeding with discovery in this case while said motion pending would be premature, as the issues in this case may be significantly narrowed by the resolution of the pending Motion to Dismiss and/or Motion for Summary Judgment.

Wherefore, the aforesaid defendants request that the Court stay all further proceedings in this case, including discovery, pending a ruling on defendants' Motion to

Dismiss and/or Motion for Summary Judgment.

Dated: April 30, 2004

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se), via first class mail.

Dated: 4/30/04

_____
Jody T. Adams, Counsel