UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

### DEFENDANTS' MOTION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendants Department of Correction, Dennehy and Mici hereby request that this Court exempt them from the requirements of Local Rule 7.1(b)(4) relative to the following motion being filed with this Court: Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

In order to sufficiently address the broad and conclusory allegations in plaintiff's Complaint, and to set forth defendants' position with respect to the issues and allegations raised by plaintiff, it was necessary to slightly exceed the twenty-page limit on memoranda accompanying motions.

Respectfully Submitted,

NANCY A. WHITE
Special Assistant Attorney General

_____
Jody T. Adams, BBO#633795
Legal Division
Department of Correction
70 Franklin Street
Boston, MA 02110-1300
(617) 727-3300, ext. 169

Dated: April 30, 2004

## CERTIFICATE OF SERVICE

    I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon all parties via first class mail.

Date: 4/30/04

_____
Jody T. Adams, Counsel