# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-cv-10291-RWZ

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

## DEFENDANTS' PROPOSED PRETRIAL SCHEDULE

Defendants Department of Correction, Commissioner of Correction Kathleen Dennehy and Acting MCI Shirley Superintendent Carol Mici propose the following pretrial schedule. In light of the fact that said defendants have filed a Motion to Dismiss and/or for Summary Judgment on today's date, along with a Motion to Stay Discovery pending a decision on said Motion, the following dates are subject to change.

| | | |
|---|---|---|
| 1. | Defendants Department of Correction, Dennehy And Mici's Motion to Dismiss and/or Motion for Summary Judgment filed. | April 30, 2004 |
| 2. | Discovery completed | 90 days after ruling on defendants' Motion. |
| 3. | Defendants' summary judgment motion | 30 days after completion of discovery. |
| 4. | Plaintiff's response to summary judgment motion | 30 days after Defendants' Motion. |
| 5. | Hearing on summary judgment motions on or after | TBA |
| 6. | Final pre-trial conference on or after | TBA |

7.  Trial to commence on or after this date          TBA

Dated: April 30, 2004                    Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

_____
Jody T. Adams, BBO# 633795
Department of Correction, Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110
617-727-3300 ext. 169

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true copy of the above document was served on all parties of record via first class mail.

Dated: 4/30/04

_____
Jody T. Adams, Counsel