UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN F. RICHARDS,

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT
OF CORRECTION, ET AL.,

    Defendants.

CIVIL ACTION
NO. 04-cv-10291-RWZ

### DEFENDANT DEPARTMENT OF CORRECTION, KATHLEEN DENNEHY AND CAROL MICI'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Defendants Massachusetts Department of Correction, Kathleen Dennehy and Carol Mici, for the reasons set forth in the accompanying memorandum of law and exhibits, hereby move to dismiss plaintiff's Complaint pursuant to Fed. R.Civ.P. 12(b)(6). In the alternative, the aforesaid defendants move that summary judgment enter in their favor as provided by Fed.R.Civ.P. 56.

Dated: April __, 2004

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on all parties of record via first class mail.

Dated: 4/30/04

Jody T. Adams, Counsel