UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
No. 04-cv-10291-RWZ

JOHN F. RICHARDS
    PLAINTIFF,

v.

MASSACHUSETTS DEAPRTMENT
OF CORRECTIONS, ET;AL,
    DEFENDANTS.

## PLAINTIFF'S MOTION TO ENLARGE TIME TO OPPOSE THE DEFENDANTS, MASS.DEPT.OF. CORRECTIONS, KATHLEEN DENNEHY, AND CAROL MICI'S MOTION FOR SUMMARY JUDGEMENT AGAINST THE PLAINTIFF.

Now comes John F. Richards, the pro-se plaintiff in the above captioned matter and hereby moves for an Enlargement of Time in which to file his response to the defendants Motion for Summary Judgement, up to and including June 30, 2004.

**As grounds therefore,** your plaintiff states that he has been recently denied photocopies by the librarian at his facility, he a member of the defendants staff has done this to the plaintiff on several occaisions and the plaintiff feels as if it is being done in retaliation for past complaints and for pursuing his issues within the courts, the plaintiff has already grieved this issue so the defendants should be well aware of this situation between this staff member and the plaintiff,

-1-

The plaintiff has already made the court aware of the fact that the library itself is inadequate and that anykind of decent research takes time, the plaintiff needs this extra time until his issues with the library and librarian are resolved and the plaintiff hopes that this is already being looked at, your plaintiff prays that this Honorable court grants him this time so that he can make his best effort that he can under his present circumstances to present his claims to the court, and to oppose the defendants motion for summary judgement.

Accordingly, the plaintiff respectfully requests additional time to respond to the Motion up to and including June 30, 2004.

RESPECTFULLY SUBMITTED,

_____
John F. Richards pro-se,
C-49993/C-1 #58B.
MCI-Shirley (Medium).
P.O.Box-1218/Harvard Road.
Shirley, Massachusetts
01464.

Dated: May 25, 2004.

-2-

## CERTIFICATE OF SERVICE

I John F. Richards, the pro-se Plaintiff, hereby certify that on this date a true copy of the above document was served on Nancy Ankers White Esquire, Chief Legal Counsel for the Defendants, Massachusetts Department of Corrections, Kathleen M. Dennehy, and Carol Mici, via First Class Mail.

Dated: May 25, 2004.

John F. Richards
pro-se,