UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. RICHARDS,<br>  Plaintiff<br><br>VS.<br><br>MASSACHUSETTS DEPARTMENT OF CORRECTION; UMASS CORRECTIONAL MEDICAL SERVICES; KATHLEEN DENNEHY, COMMISSIONER; CAROL MICI, ACTING SUPERINTENDENT; MASSACHUSETTS BOARD OF REGISTRATION (IN MEDICINE); M.L. ANGELES, MEDICAL DOCTOR; KHALID MOHAMED, MEDICAL DOCTOR; DR. CHILDS, MEDICAL DOCTOR; ASMA AHMED, NURSE PRACTITIONER; and JANE DOE NO. 1, PHYSICAL THERAPIST,<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-CV-10291-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION OF DEFENDANT, UMASS CORRECTIONAL HEALTH PROGRAM, FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying Memoranda, the defendant, **UMass Correctional Health Program**, by counsel, moves that judgment as a matter of law be rendered in its favor and against the plaintiff on all claims in this action pending before this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, and Local Rule 56.1.

                   Respectfully submitted,

                   The Defendant,
                   *UMASS CORRECTIONAL*
                    *HEALTH PROGRAM*
                   By its attorneys,

                   MORRISON, MAHONEY & MILLER, LLP

                   */s/ Charles M. Urso*
                   _____
                   Bruce R. Henry, BBO #230880
                   Charles M. Urso, BBO #647748
                   250 Summer Street
                   Boston, MA 02210
                   (617) 439-7500