June 14, 2004.

Pro-se Intake Clerk
US District Court
1 Courthouse Way., Suite-2300.
Boston, Massachusetts
                    02110.


Re: **Richards v. Mass.Dept.of Corrections et;al,**
    Civil Action No. 04-cv-10291-RWZ.


Dear Clerk,

   As I still do not have an address in which to reach the Justice presiding over this matter, please forward the enclosed correspondence to Justice Zobel so that I may plead my case with her and find out what is going on with this action.

   As always I thank you for all of your time and consideration given to my matters, also please advise the justice that I am unable to obtain any photocopies of the enclosed correspondence due to yet another closing of the law library so I will "not" be able to provide a copy to any of the defendants or their counsel. I myself do not have a copy for my own files.

                                         Very Truly Yours,

                                         _____
                                         John F. Richards pro-se,
                                         C-49993/c-1 #58B.
                                         MCI-Shirley (Medium).
                                         P.O.Box-1218/Harvard Road.
                                         Shirley, Massachusetts
                                                           01464.

Enc.