June 14,2004.


Rya W. Zobel, Justice
US District Court
One Courthouse Way
Boston, Massachusetts
                02110.



Re: **Richards v. Mass.Dept. of Corrections et;al,**
    **Civil No. 04-cv-10291-RWZ.**



Justice Zobel,
            I am sending you this letter as I have some real
problems with the way my action is being handled. The defendant,
Umass.Correctional Health Program failed to file their Motion
for summary judgement on time. I file for a default and to keep
them from filing this motion.

      I am later sent an opposition to the Motion from the defend-
ant (Umass) stating that they had corresponded with the clerk
and that the clerk gave them more time to file their Motion.
Maybe I have this wrong but isn't someone supposed to notify me
if there is any action taken regarding my action? How can the
court grant more time to the defendant and not tell me so that I
may know what is going on. I do not think that this was a very
fair move on the courts part or the clerks for that matter. Also
is the courts clerk (Lisa Urso), related to the counsel for the
defendants (Charles Urso)? If so isn't this a conflict of inter-
est.

      The counsel for the defendants knew that they would not
have this motion in on time and tried their hardest back at the
schedualing conference to get more time. They state in their
opposition that this time was needed to obtain"Affidavits", when
in fact they only supplied one. So it took them over a month to
obtain this from one of the defendants employees? I think not.

-1-

Also this matter was taken care of via telephone with no input from the plainitff, and the fact that the plaintiff was never told of this by anyone at the court does create an adverse effect, and it does show prejudice towards the plaintiff.

The plaintiff who is still having a hard time with this law library at shirley (Medium), has things bad enough without the court taking action which is going to effect the outcome of this matter without telling him. The plaintiff could have been working on one thing but instead should have been working on somthing totally different.

The defendants receive tens of millions of dollars from the taxpayers of the Commonwealth to provide health care to inmates and the fact that I am still fighting this, in my cell, in constant pain should be some indication that the system is broken and needs to be fixed. I should not have to wait until I am on a stretcher with a life threatening issue to receive medical care.

I have no representation here and I am doing my best to try and put things together in a way that is going to make sense to the court. I cannot do this if I am going to be sold out. I am hoping that you will look into this matter and that the court will let me know what is happening, because right now it looks to me that the defendant (Umass) is running the show.

Thank you for all of your time in this matter.

Respectfully Submitted,

John F. Richards pro-se,
C-49993/C-1/58B.
MCI-Shirley (Medium).
P.O.Box-1218/Harvard Road.
Shirley, Massachusetts
01464.

-2-