UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

                                                CIVIL ACTION
                                                No. 04-cv-10291-RWZ.

JOHN F. RICHARDS
    Plaintiff,

v.

UMASS CORRECTIONAL HEALTH
PROGRAM ET;AL,
    Defendants.


### PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR DISMISSAL/ALTERNATIVELY SUMMARY JUDGEMENT.

   Now comes John F. Richards, the pro-se plaintiff in the above captioned matter and respectfully moves this court to DENY the defendants Motion to dismiss, alternatively summary judgement, pursuant to Fed. R. Civ. P. 12(b)(6), and 56, respectively.

   As gounds therefore, your plaintiff attaches his memorandum of law, statement of facts, and exhibits, in support of his opposition herein.

-1-



RESPECTFULLY SUBMITTED,

*[signature: John F. Richards]*
John F. Richards pro-se,
C-49993/C-1 #58B.
MCI-Shirley (Medium).
P.O.Box-#1218/Harvard Road.
Shirley, Massachusetts
                    01464.

Dated: *June 28,* 2004.

-2-

## CERTIFICATE OF SERVICE

I John F. Richards, the pro-se Plaintiff, hereby certify that on this date a true copy of the above document was served on Bruce R. Henry, and Charles M. Urso of Morrison, Mahoney & Miller, LLP as Legal Counsel for Umass Correctional Health Program, via First Class Mail.

Dated: June 28, 2004

John F Richards
pro-se,