UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. RICHARDS,<br>    Plaintiff<br><br>VS.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTION; ET AL,<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. **04-10291-RWZ**<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM NAME**

Pursuant to Federal Rules of Civil Procedure, notice of a change of firm name is hereby given and is effective July 1, 2004 as follows:

**MORRISON MAHONEY LLP**
**250 Summer Street**
**Boston, MA 02210-1181**
**Telephone: (617) 439-7500**
**Facsimile: (617) 439-7590**

Our street address, telephone and facsimile numbers will remain the same.

Respectfully submitted,

The Defendant,
***UMASS CORRECTIONAL HEALTH PROGRAM,***

By its attorneys,

MORRISON MAHONEY LLP

*/s/ Charles M. Urso*

_____
Bruce R. Henry, B.B.O. No. 230880
Charles M. Urso, B.B.O. No. 647748
250 Summer Street
Boston, MA 02210
(617) 439-7500