September 13, 2004.

Susan Jenness
Pro-Se Intake Clek
US District Court
1 Courthouse Way.,Suite-2300
Boston, Massachusetts
                    02210.


Re: Richards v. Mass.Dept. of Corrections et;al,
      Civil Docket No.**04-cv-10291-RWZ.**


      Dear Clerk,
                    Would you please send me an updated copy of the
Docket entry sheet for the above referenced matter.I would like
to know what if anything is happening in this matter and I would
also like to know if in fact the court has received all of the
Pleadings I have sent to it regarding this matter.

      Also I am still having problems with the Defendants and
their staff here at MCI-Shirley (Medium),my health concerns are
getting worse by the day and are still not being addressed by
the Defendants and their staff who just continue to play games
with me instead of providing me with the care that they assured
the court they would.

      I should not have to fall out and this should not have to
become a life saving issue before I am offered somekind of temp-
orary relief from my present situation.

      Thank you for all of your time and attention in this matter.


                              Respectfully Submitted,

                              John F. Richards pro-se,
cc: File                      C-49993/C-1 #58B.
    Michael Thompson,         MCI-Shirley (Medium).
    Superintendent;           P.O.Box-1218/Harvard Road
    Nancy White/Jody Adams,   Shirley, Massachusetts
    DOC Legal Division;                         01464.
    Morrison & Mahoney,
    Counsel,UMass.Medical;
    Kathleen Dennehy,
    Commissioner.