September 22, 2004.

Bruce R. Henry, Esquire
Morrison & Mahoney LLP
250 Summer Street.
Boston, Massachusetts
        02210.

Re: Richards v. Mass. Dept. of Corrections et;al.
    Civil Docket No.04-cv-10291-RWZ.

Mr. Henry,
    Enclosed please find my latest correspondence with the court, the department of corrections, as well as the medical staff here at MCI-Shirley (Medium). As you can see by my latest grievance and complaint that things here still ahve not changed and the medical staff here still somehow believe that they are here to throw parties and hang around with the Correctional Staff. The medical staff is supposed to be here to provide medical care and treatment to inmates, not to party and hang out.

    I do not know if your client UMass. Correctional Health Program is aware of this situation or not, but as their "Legal Counsel" you should make them aware of this situation so that they can correct it. I have also not been sent back for my appointments as was told to the courts by Doctor Angeles as my appointments were missing from my medical file and had to be reschedualed. This alone has been going on since June 03, 2004 when the Doctor provided her Affidavit to the Federal Court.

    I feel that as the Legal counsel for the defendant UMass you should be made aware of this situation and I hope that you will speak with your client about this matter and the behavior of their employees.

    Thank you for your time and attention in this matter.

                                  Respectfully Sumitted,

                                  John F. Richards pro-se,

cc: Jody T. Adams, Esquire,
    Mass. Dept. of Corrections,
    (Legal Division);
    Rya W. Zobel, Justice,
    US District Court (Boston);
    Michael A. Thompson, Superintendent,
    MCI-Shirley (Medium);
    File.

-2-

September 22, 2004

Jody T. Adams Esquire,
Mass.Dept. of Corrections
(Legal Division)
70 Franklin Street.,Suite-600.
Boston, Massachusetts
　　　　　　　　02110.



Re: Richards v. Mass.Dept. of Corrections et;al.
　　Civil Docket No.04-cv-10291-RWZ.


Jody T. Adams,
　　　　　Enclosed please find my latest medical problem and attempt at trying to get the medical care I am supposed to be receiving.As you can see the medical staff here somehow still feel as if they are here to throw parties and hang out with the Correctional staff instead of providing medical care and treatment to inmates.Although this is not the direct fault of the DOC, someone needs to explain to these "Medical" personnell why they are here and just what the Commonwealth is paying them for.As a defendant in this matter I feel that you should be aware of the ongoing situation I am stuck in here at MCI-Shirley (Medium).

　　I have also not been sent out for my medical appointments that were cited in the Affidavit of Maria L. Angeles to the Court and the Justice in this case.In fact the last time I did get to see someone it was Dr.Angeles who could not find anything in my charts which basically means that these appointments had somehow been cancelled and/or lost from my medical file.

　　Also enclosed are copies of what I have sent to everyone else involved in this matter and to the courts regarding this matter.I am not trying to sway things one way or the other, I just want to make everyone aware of the fact that this behavior still exist and that the mistreatment of myself as well as others is still going on here at this facility.

-1-

I would like to thank you for all of your time and attention in this matter and hope that you will look into the way that the medical care is provided here as the system is definately broken.

Respectfully Submitted,

*/s/ John F. Richards*
John F. Richards pro-se,
C-49993/C-1 #58B.
MCI-Shirley (Medium).
P.O.Box-1218/Harvard Road.
Shirley, Massachusetts
01464.

-2-

cc: Rya W. Zobel, Justice,
US District Court (Boston);
Michael A. Thompson, Superintendent,
MCI-Shirley (Medium);
Bruce R. Henry, Esquire of,
Morrison & Mahoney LLP, Legal Cousel,
for UMass. Correctional Health Program;
File.

# UMASS CORRECTIONAL HEALTH
## MCI SHIRLEY – MEDIUM
## HEALTH SERVICES UNIT

TO: JOHN RICHARDS

COMMIT #: C49993

FROM: CHERYL CARTER-PIPER MS, APRN,BC
HEALTH SERVICES ADMINISTRATOR

DATE: 9/10/04

RE: MEDICAL TREATMENT AND QUALITY OF CARE

---

I HAVE RECEIVED AND REVIEWED YOUR COMPLAINT REGARDING MEDICAL TREATMENT AN DQUALITY CARE. AS PROMISED YOU WERE PLACED ON THE LIST TO SEE THE DOCTOR. THIS APPOINTMENT HAD TO BE CANCELLED DUE TO UNFORSEEN CIRCUMSTANCES. YOU WERE THEN PLACED ON THE LIST FOR THE NEXT AVAILABLE APPOINTMENTWHICH WAS WITH THE NP. IT IS COMMON FOR APPOINTMENTS EVEN IN THE COMMUNITY TO RUN BEHIND. I CANNOT EXPLAIN WHY YOU WERE OVERLOOKED. IN THE FUTURE THIS WILL NOT OCCUR. AS TO THE PARTY I WAS NOT IN ATTENDANCE OF ANY PARTY AND IF THERE WAS ONE IT IS ALSO NOT UNCOMMON IN THE COMMUNITY TO STOP AND WISH A LEAVING CO-WORKER GOOD WISHES. THIS INCONVIENCE WILL NOT HAPPEN AGAIN.


IT IS MY HOPE THAT THE ABOVE EXPLAINATION RESOLVES THE ABOVE ISSUE.

September 02,2004.

Cheryl Carter-Piper MS,APRN,BC
Health Services Administrator
MCI-Shirley (Medium)
P.O.Box-1218/Harvard Road.
Shirley, Massachusetts
                    01464.


Re: Medical Treatment & Quality of Care.


   Maam,
       I recently received your response to my last letter and I was hopeful that something was going to be done regarding my medical treatment and issues.I also saw the Director of Nursing and she also assured me that my issues would be addressed,and that I she was putting me on the list to see Doctor Angeles.You yourself also informed me that I would in fact see the Doctor.

   On Monday August 30th I was on the list to see Doctor Angeles. I waited over a week for this appointment.I was called by the C.O. working my unit at 8:40am that mornig and informed that my appointment with the Doctor had been cancelled,but would be reschedualed.

   Today September 2nd,I was on the list to report to the HSU to see not the Doctor but instead the Nurse Practitioner (Asma).I went to the HSU at 1:00pm. and placed my card in the box as instructed by the C.O. and had a seat in the waiting room to see the NP.I sat there for 1½ straight hours without being called to see the NP.

   You see they were having a party for a staff member and somehow I got overlooked.I asked at 2:30pm. where this woman was so that I could be seen.The Nurse Practitioner (Asma) had not only missed me but she was already gone and had left the building with me still sitting in the waiting room.It was a good thing I did check or I would have sat there alot longer.

-1-

First of all and you can correct me if I am wrong but aren't the Medical personnell here to provide Medical treatment to inmates and not to attend parties for one another. This is exactly the kind of stuff I have been going through for over two (2) years here now and the reason I am currently in litigation with UMass Medical, and the Department of Corrections. This litigation is presently before Justice Zobel in the Federal Court in Boston and I am awaiting a ruling. I am forwarding this to her along with my recent complaints and health concerns.

I want to thank you for all of your time in this matter and I hope that this can be resolved so that it does not happen again to me or anyone else for that matter as it is wrong and should not be happening.

Respectfully Submitted,

Joh F. Richards pro-se,
C-49993 Unit C-1 #58B.

cc: File;
    Rya W. Zobel, Justice,
    US District Court:
    Jody T. Adams and,
    Nancy Ankers White,
    DOC Legal Division;
    Charles M. Urso and,
    Bruce R. Henry,
    Morrison & Mahoney LLP,
    Counsel for Umass. Correctional,
    Health Program.

## CERTIFICATE OF SERVICE

I John F. Richards, the pro-se Plaintiff, hereby certify that on this date a true copy of the above document was served on Nancy Ankers White, and Jody T. Adams, as Legal Counsel for the Massachusetts Department of Corrections, via First Class Mail.

Dated: *September 22, 2004*.

_____
John F. Richards
pro-se,

## CERTIFICATE OF SERVICE

I John F. Richards, the pro-se Plaintiff, hereby certify that on this date a true copy of the above document was served on Bruce R. Henry, and Charles M. Urso of Morrison, and Mahoney LLP as Legal Counsel for UMass Correctional Health Program, via First Class Mail.

Dated: September 22, 2004.

John F. Richards
pro-se,