UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN F. RICHARDS,<br>    Plaintiff<br><br>VS.<br><br>MASSACHUSETTS DEPARTMENT OF<br>CORRECTION; ET AL,<br>    Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. **04-10291-RWZ**<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as attorney for the defendant, UMass Correctional Health Program, in the above-captioned matter.

Respectfully submitted,

The Defendant,
*UMASS CORRECTIONAL HEALTH PROGRAM,*

By its attorneys,

MORRISON MAHONEY LLP

/s/ *Bruce R. Henry*

_____
Bruce R. Henry, BBO #230880
250 Summer Street
Boston, MA 02210
(617) 439-7500

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on the _____ day of _____, 2005.

_____
Bruce R. Henry