# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


  JOHN F. RICHARDS
                    **Plaintiff**
                                                    **CIVIL ACTION**

          **V.**
                                                    **NO.  04-10291-RWZ**

  **MASS. DEPARTMENT OF CORRECTIONS ET AL**
                    **Defendant**


## JUDGMENT


  ZOBEL, D. J.

    In accordance with the ENDORSED ORDER entered 2/22/05;

    JUDGMENT is entered dismissing the complaint against all defendants.

                                        By the Court,


  2/24/05                               s/ Lisa A. Urso
      **Date**                             **Deputy Clerk**